IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   4:25-MJ-06252 PLC-1 |
| | ) |
| SAIF FAIQ, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S EVIDENCE IN SUPPORT OF RELEASE**

COMES NOW Defendant, by and through counsel, and submits the attached evidence, including letters from family, for the Court's consideration regarding bail.

Respectfully Submitted,

s/ Edward K. Fehlig, Jr.
Edward K. Fehlig, Jr.
3002 South Jefferson Avenue, Suite 207
St. Louis, Missouri 63118
Telephone: (314) 359-5690
Fax: (888) 892-7819
BAR# MO53498

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the United States Attorney's Office.

/s/ Edward K. Fehlig, Jr.

11/17/25

The Honorable Judge Cohen
United States Magistrate Judge

Re: Support Letter for Saif Faiq

Dear Judge Cohen:

My name is Asaad Mohammed, and I am the father of Saif Faiq. I write to respectfully express my full support for his release on bond and to assure the Court of my commitment to providing him with a stable, structured, and closely supervised home environment.

Saif Faiq has lived with our family in St. Louis for many years, and we have been closely involved in his day-to-day life. In our home, he is respectful, cooperative, and dependable. Our family has deep roots in the community, and we stand ready to support him through this process. He also has a documented history of maintaining legitimate employment, including his recent work selling cars.

If the Court allows his release, we are fully willing to have him reside in our home at ▮▮▮▮▮▮▮▮ Dr. Saint Louis Mo, 63125, where we will be present daily and able to supervise him. We understand the seriousness of the charges and the importance of strict compliance with all conditions of release. We are committed to ensuring that he appears for every court hearing, complies with all restrictions imposed by the Court or Pretrial Services, and adheres to any monitoring or supervision requirements.

Our family believes that with firm guidance, close supervision, and a structured living environment, Saif will comply fully with the Court's orders. We are prepared to support him in every way necessary and to maintain open communication with the Court or Pretrial Services if required.

Thank you for your time and consideration of this letter.

Respectfully,

Asaad Mohammed

Father of Saif Faiq

11-17-25

The Honorable Judge Cohen
United States Magistrate Judge

Re: Support Letter for Saif Faiq

Dear Judge Cohen:

My name is Rawand Faiq and I am the sister of Saif Faiq. I write to respectfully express my support for his release on bond and to share my commitment to assisting him in complying with any conditions set by the Court.

I have known my brother all my life, and I have always known him to be a caring and dependable member of our family. He has lived in St. Louis for many years and our family is closely connected here. We remain a strong support system for him, and we are prepared to help him navigate this process responsibly. I am aware that he has worked consistently, including his recent employment selling cars, and I believe he can continue to do so if released.

If the Court permits his release, I will actively support and assist our parents in ensuring he complies with all conditions imposed by the Court or Pretrial Services. This includes helping him keep track of court dates, arranging transportation when needed, and ensuring he follows any restrictions relating to travel, communication, or supervision.

I understand the seriousness of the situation and the importance of reliable supervision. I am willing to be available to Pretrial Services or the Court if needed, and I will do everything I can to make sure he adheres to all obligations.

Thank you for considering this letter. My family and I stand ready to support Saif Faiq and to help ensure he complies fully with the Court's orders.

Respectfully,

**Rawand Faiq**
**Sister of Saif Faiq**

Saint Louis Mo, 63125

314-

